UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN HOBBS,

                        Petitioner,

    v.

DONITA MCINTOSH, Superintendent,
Clinton Correctional Facility,

                        Respondent.

Case No. 22mc80

**ORDER DENYING LEAVE TO FILE UNDER SEAL**

---

Petitioner having moved to file a new civil case under seal and for approval of certain redactions to documents that accompany the Petition, it is hereby

ORDERED that the request to file this case and its Petition under seal is denied. The Petition in this case, which consists of 15 pages and is entitled Petition, shall be filed on ECF without redactions.

IT IS FURTHER ORDERED that any request to file documents in support of the Petition in redacted form is denied to the extent the redactions contain information from documents that are publicly filed in state court or from transcripts of public proceedings in state court. To the extent that the proposed redactions reveal details of the petitioner's mental health that have not already been publicly disclosed, the application to redact that material is granted.

IT IS FURTHER ORDERED that the memorandum of law that accompanies the Petition may be filed in redacted form on ECF to the following extent. The material appearing on page 2, in the first full paragraph, beginning with the phrase "Mr. Hobbs also suffers from…" to "…Dependence)" may be redacted.

IT IS FURTHER ORDERED that the request to make redactions from Exhibits D, F, G, and J is denied.

IT IS FURTHER ORDERED that Exhibit E may be redacted or filed under seal as requested.

IT IS FURTHER ORDERED that the Clerk of Court shall close this case after entering this Order.

Dated: New York, New York
       March 18, 2022

SO ORDERED:

_____
DENISE COTE
United States District Judge

PART I